1
2
3
4
5
6
7                  IN THE UNITED STATES DISTRICT COURT
8                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9
10  JOE HAND PROMOTIONS, INC.,          )
                                        )   2:11-cv-00727-GEB-DAD
11                   Plaintiff,         )
                                        )
12             v.                       )   ORDER TO SHOW CAUSE AND
                                        )   CONTINUING STATUS (PRETRIAL
13  RANDY G. LEAK, individually and     )   SCHEDULING) CONFERENCE; ORDER
    as officers, directors,            )   DISMISSING TWO DEFENDANTS
14  shareholders, and/or principals     )   UNDER RULE 4(M)
    of PALOMINO ROOM, INC. d/b/a        )
15  PALOMINO ROOM, and PALOMINO         )
    ROOM, INC. d/b/a PALOMINO ROOM,     )
16                                      )
                     Defendants.[1]     )
17  _____   )

18          Plaintiff was required to file a status report no later than
19  fourteen (14) days prior to the scheduled November 14, 2011 status
20  conference, and has not complied with this filing requirement.
21          Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a
22  writing to be filed no later than 4:00 p.m. on November 28, 2011, why
23  sanctions should not be imposed against it and/or its counsel under Rule
24  16(f) of the Federal Rules of Civil Procedure for failure to file a
25  timely status report. The written response shall also state whether
26  Plaintiff or its counsel is at fault, and whether a hearing is requested
27
28          [1]   The caption has been amended according to the portion of this
    Order dismissing Howard K. Gray and Judith G. Gray.

                                       1

on the OSC.[2] If a hearing is requested, it will be held on December 12, 2011, at 9:00 a.m., just prior to the status conference, which is rescheduled to that date and time. A status report shall be filed no later than fourteen (14) days prior to the status conference.

Further, an Order issued on July 11, 2011, requiring Plaintiff to either file proof that all defendants were served with process or a document showing good cause for Plaintiff's failure to serve all defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m), no later than 4:00 p.m. on July 22, 2011. Plaintiff was warned in the July 11 Order that failure to make the required showing by the deadline may result in the unserved defendants being dismissed from this action.

Accordingly, Defendants Howard K. Gray and Judith G. Gray are dismissed from this action without prejudice.

IT IS SO ORDERED.

Dated:  November 7, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[2]    "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).