IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.,<br><br>               Plaintiff,<br><br>     v.<br><br>RANDY G. LEAK, individually and as officers, directors, shareholders, and/or principals of PALOMINO ROOM, INC. d/b/a PALOMINO ROOM; and PALOMINO ROOM, INC. d/b/a PALOMINO ROOM,<br><br>               Defendants. | 2:11-cv-00727-GEB-DAD<br><br>ORDER TO SHOW CAUSE AND CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

         An Order to Show Cause ("OSC") issued on November 8, 2011, directing Plaintiff to explain why sanctions should not be imposed against it and/or its counsel for its **second** failure to file a timely status report. (ECF No. 23.)

         Plaintiff's counsel responded to the OSC on November 28, 2011, essentially indicating that he believed it was unnecessary to file a status report since there was a "fully submitted and now pending motion for default judgment against the only two remaining defendants." (Decl. of David Davoli ¶ 7, ECF No. 25.) Plaintiff's counsel declared:

> Plaintiff believes that the motion before Magistrate Judge . . . will be dispositive and in turn no joint scheduling order or discovery schedule will be necessary. Should the Plaintiff receive notice of any appearance,

1

> answer or opposition to the already submitted and duly filed motion for a default judgment, made on behalf of any remaining defendants, the Plaintiff will immediately inform the Court in writing.
>
> The Plaintiff apologizes for failing to inform the Court of the procedural posture of this matter prior to the date of this Declaration as it was an inadvertent oversight and it was not the intent of the plaintiff or its counsel to waste any of the Court's time and resources.

Id. ¶¶ 9-10.

In light of Plaintiff's counsel's filing, a previously scheduled status conference was continued to March 26, 2012, and Plaintiff was ordered to file a status report fourteen days prior to the hearing. (ECF No. 26.) Plaintiff has again, **for the third time**, failed to file a timely status report.

Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a writing to be filed no later than March 23, 2012, why sanctions should not be imposed against it and/or its counsel under Rule 16(f) of the Federal Rules of Civil Procedure for failure to file a timely status report. The written response shall also state whether Plaintiff or its counsel is at fault, and whether a hearing is requested on the OSC.[1] If a hearing is requested, it will be held at 9:00 a.m. on May 21, 2012, just prior to the status conference, which is rescheduled to that date and time.

---

[1] "If the fault lies with the attorney, that is where the impact of sanction should be lodged. If the fault lies with the clients, that is where the impact of the sanction should be lodged." Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).

**A status report shall be filed no later than fourteen (14) days prior to the status conference, in which Plaintiff is required to explain the status of the pending default proceedings.**

IT IS SO ORDERED.

Dated:  March 16, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge