IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC.,                  )
                                            )        2:11-cv-00727-GEB-DAD
                  Plaintiff,                )
                                            )
        v.                                  )        ORDER TO SHOW CAUSE AND
                                            )        CONTINUING STATUS (PRETRIAL
RANDY G. LEAK, individually and             )        SCHEDULING) CONFERENCE
as officers, directors,                     )
shareholders, and/or principals             )
of PALOMINO ROOM, INC. d/b/a                )
PALOMINO ROOM; and PALOMINO                 )
ROOM, INC. d/b/a PALOMINO ROOM,             )
                                            )
                  Defendants.               )
_____            )

        An Order to Show Cause ("OSC") issued on November 8, 2011,
directing Plaintiff to explain why sanctions should not be imposed
against it and/or its counsel for its **second** failure to file a timely
status report. (ECF No. 23.)

        Plaintiff's counsel responded to the OSC on November 28, 2011,
essentially indicating that he believed it was unnecessary to file a
status report since there was a "fully submitted and now pending motion
for default judgment against the only two remaining defendants." (Decl.
of David Davoli ¶ 7, ECF No. 25.) Plaintiff's counsel declared:

        Plaintiff believes that the motion before Magistrate
        Judge . . . will be dispositive and in turn no joint
        scheduling order or discovery schedule will be necessary.
        Should the Plaintiff receive notice of any appearance,

1

answer or opposition to the already submitted and duly
filed motion for a default judgment, made on behalf of
any remaining defendants, the Plaintiff will immediately
inform the Court in writing.

The Plaintiff apologizes for failing to inform the
Court of the procedural posture of this matter prior to
the date of this Declaration as it was an inadvertent
oversight and it was not the intent of the plaintiff or
its counsel to waste any of the Court's time and
resources.

Id. ¶¶ 9-10.

In light of Plaintiff's counsel's filing, a previously
scheduled status conference was continued to March 26, 2012, and
Plaintiff was ordered to file a status report fourteen days prior to the
hearing. (ECF No. 26.) Plaintiff has again, **for the third time**, failed
to file a timely status report.

Therefore, Plaintiff is Ordered to Show Cause ("OSC") in a
writing to be filed no later than March 23, 2012, why sanctions should
not be imposed against it and/or its counsel under Rule 16(f) of the
Federal Rules of Civil Procedure for failure to file a timely status
report. The written response shall also state whether Plaintiff or its
counsel is at fault, and whether a hearing is requested on the OSC.[1] If
a hearing is requested, it will be held at 9:00 a.m. on May 21, 2012,
just prior to the status conference, which is rescheduled to that date
and time.

---

[1]    "If the fault lies with the attorney, that is where the impact
of sanction should be lodged.  If the fault lies with the clients, that
is where the impact of the sanction should be lodged." Matter of
Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied,
471 U.S. 1014 (1985). Sometimes the faults of attorneys, and their
consequences, are visited upon clients. In re Hill, 775 F.2d 1385, 1387
(9th Cir. 1985).

1        A status report shall be filed no later than fourteen (14)
2   days prior to the status conference, in which Plaintiff is required to
3   explain the status of the pending default proceedings.

4        IT IS SO ORDERED.

5   Dated:  March 16, 2012

6
7                                _____
                                 GARLAND E. BURRELL, JR.
8                                United States District Judge

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28